692 A.2d 1066

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Constance L. GOODWIN, Petitioner.**

Supreme Court of Pennsylvania.

April 22, 1997.

---

## *ORDER*

PER CURIAM.

AND NOW, this 22nd day of April, 1997, the Petition for Allowance of Appeal is granted but limited to the following issues:

Was there reasonable suspicion to stop Petitioner's car based upon the anonymous tip?

Were Petitioner's statements to the police on November 8, 1993 fruits of an illegal stop?

This case to be consolidated and argued with *Commonwealth v. Wimbush,* 174 Middle District Appeal Docket 1996.